# DAUBERT EXHIBIT

# P-17

# "Principles of Corporate Finance," 7th Edition by Brealey & Meyers

# PRINCIPLES OF CORPORATE FINANCE

SEVENTH EDITION

RICHARD A. BREALEY
Emeritus Professor of Finance
London Business School

STEWART C. MYERS
Gordon Y Billard Professor of Finance
Sloan School of Management
Massachusetts Institute of Technology

McGraw-Hill Irwin

Boston Burr Ridge, IL Dubuque, IA Madison, WI New York San Francisco St. Louis
Bangkok Bogotá Caracas Kuala Lumpur Lisbon London Madrid Mexico City
Milan Montreal New Delhi Santiago Seoul Singapore Sydney Taipei Toronto

McGraw-Hill Higher Education
A Division of The McGraw-Hill Companies

PRINCIPLES OF CORPORATE FINANCE

Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2003, 2000, 1996, 1991, 1988, 1984, 1981 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

domestic 1 2 3 4 5 6 7 8 9 0 WCK/WCK 0 9 8 7 6 5 4 3 2
international 2 3 4 5 6 7 8 9 0 WCK/WCK 0 9 8 7 6 5 4 3 2

ISBN 0-07-286946-1

Publisher: *Stephen M. Patterson*
Senior developmental editor: *Sarah Ebel*
Executive marketing manager: *Rhonda Seelinger*
Producer, Media technology: *Melissa Kansa*
Senior project manager: *Jean Lou Hess*
Senior production supervisor: *Michael McCormick*
Director of design BR: *Keith J. McPherson*
Supplement producer: *Joyce J. Chappetto*
Cover design: *Keith J. McPherson*
Interior design: *Maureen McCutcheon*
Typeface: *10/12 Palatino*
Compositor: *Carlisle Communications, Ltd.*
Printer: *Quebecor World Versailles Inc.*

**Library of Congress Cataloging-in-Publication Data**

Brealey, Richard A.
Principles of corporate finance / Richard A. Brealey, Stewart C. Myers.—7th ed.
p. cm.—(The McGraw-Hill/Irwin series in finance, insurance, and real estate)
Includes bibliographical references and index.
ISBN 0-07-246766-5 (alk. paper)—ISBN 0-07-115144-3 (international : alk. paper)
1. Corporations—Finance. I. Myers, Stewart C. II. Title. III. Series.
HG4026 .B667 2003 2002069248
658.15—dc21

INTERNATIONAL EDITION ISBN 0-07-115144-3
Copyright © 2003. Exclusive rights by The McGraw-Hill Companies, Inc., for manufacture and export. This book cannot be re-exported from the country to which it is sold by McGraw-Hill. The International Edition is not available in North America.

www.mhhe.com

**Old-line factoring** *Factoring* arrangement that provides collection, insurance, and finance for *accounts receivable*.

**On the run** The most recently issued (and, therefore, typically the most liquid) government *bond* in a particular maturity range.

**Open account** Arrangement whereby sales are made with no formal debt contract. The buyer signs a receipt, and the seller records the sale in the sales ledger.

**Open-end mortgage** Mortgage against which additional debt may be issued (cf. *closed-end mortgage*).

**Open interest** The number of currently outstanding *futures* contracts.

**Operating lease** Short-term, cancelable *lease* (cf. *financial lease*).

**Operating leverage** Fixed operating costs, so-called because they accentuate variations in profits (cf. *financial leverage*).

**Opportunity cost of capital (hurdle rate, cost of capital)** *Expected return* that is forgone by investing in a project rather than in comparable financial securities.

**Option** See *call option*; *put option*.

**Option delta** *Hedge ratio*.

**Original issue discount debt (OID debt)** Debt that is initially offered at a price below *face value*.

**OTC** *Over-the-counter*.

**Out-of-the-money option** An *option* that would not be worth exercising if it matured immediately (cf. *in-the-money option*).

**Outstanding share capital** *Issued share capital* less the *par value* of shares that are held in the company's treasury.

**Oversubscription privilege** In a *rights issue*, arrangement by which shareholders are given the right to apply for any shares that are not taken up.

**Over-the-counter (OTC)** Informal market that does not involve a securities exchange. Specifically used to refer to the NASDAQ dealer market for *common stocks*.

## P

**Partnership** Joint ownership of business whereby general partners have unlimited liability.

**Par value (face value)** Value of a security shown on the certificate.

**Pass-through securities** *Notes* or *bonds* backed by a package of assets (e.g., mortgage pass-throughs, *CARs*, *CARDs*).

**Path-dependent option** *Option* whose value depends on the sequence of prices of the underlying asset rather than just the final price of the asset.

**Payables** *Accounts payable*.

**Payback period** Time taken for a project to recover its initial investment.

**Pay-in-kind bond (PIK)** *Bond* that allows the issuer to choose to make interest payments in the form of additional bonds.

**Payment float** Company-written checks that have not yet cleared (cf. *availability float*).

**Payout ratio** *Dividend* as a proportion of earnings per share.

**PBGC** Pension Benefit Guarantee Corporation.

**P/E ratio** Share price divided by earnings per share.

**PERC (Preferred equity redemption cumulative stock)** *Preferred stock* that converts automatically into equity at a stated date. A limit is placed on the value of the shares that the investor receives.

**Perpetuity** Investment offering a level stream of cash flows in perpetuity (cf. *consol*).

**PIK** *Pay-in-kind bond*.

**PN** *Project note*.

**Poison pill** An issue of securities that is convertible, in the event of a *merger*, into the shares of the acquiring firm or must be repurchased by the acquiring firm.

**Poison put** A *covenant* allowing the *bond*holder to demand repayment in the event of a hostile *merger*.

**Pooling of interest** Method of accounting for *mergers* (no longer available in the USA). The consolidated balance sheet of the merged firm is obtained by combining the balance sheets of the separate firms (cf. *purchase accounting*).

**Position diagram** Diagram showing the possible payoffs from a *derivative* investment.

**Postaudit** Evaluation of an investment project after it has been undertaken.

**Preemptive right** Common stockholder's right to anything of value distributed by the company.

**Preferred stock** Stock that takes priority over common stock in regard to *dividends*. Dividends may not be paid on *common stock* unless the dividend is paid on all preferred stock (cf. *cumulative preferred stock*). The dividend rate on preferred is usually fixed at time of issue.

**Prepack** *Prepackaged bankruptcy*.

**Prepackaged bankruptcy (prepack)** Bankruptcy proceedings intended to confirm a reorganization plan that has already been agreed to informally.

**Present value** Discounted value of future cash flows.

**Present value of growth opportunities (PVGO)** *Net present value* of investments the firm is expected to make in the future.

**PRIDE** Similar to a *PERC* except that as the equity price rises beyond a specified point, the investor shares in the stock appreciation.

**Primary issue** Issue of new securities by a firm (cf. *secondary issue*).

**Prime rate** Benchmark lending rate set by U.S. banks.

**Principal** Amount of debt that must be repaid.

Ford, Henry, 982
Ford Motor, 23, 859, 932
Forecasts
cash flow, 93, 125
economic rents in, 292–303
establishing consistent, 314
market values in, 287–292
reducing bias in, 314–315
Forward contracts, 764–765
forward rate agreements (FRAs), 764
homemade, 764–765
speculation in, 773–775, 953
Forward interest rate, 678–679
Forward rate agreements (FRAs), 764
Foster, G., 238*n*, 245, 839
FPL Group, 440
Franklin Savings Association, 668*n*
Franks, J. R., 722*n*, 723*n*, 724, 745, 943*n*, 982–983, 983*n*, 984*n*, 986*n*, 989
Franks, R., 725
Freddie Mac, 708
Free cash flow (FCF), 75–76, 514–515
Free-cash-flow problem, 317
Free-rider problem, 318
French, K. R., 179, 202*n*, 208–210, 212, 245, 434–435, 510*n*, 999, 999*n*
Frenkel, J. A., 807
Friend, I., 206*n*
Froot, K. A., 757*n*, 777, 793*n*, 807
Fruit of the Loom, 719
Full-service leases, 730
Futures contracts, 758–764
commodity, 759–760, 762–764, 814
financial, 759–760, 761–762
hedging with, 758–764, 769–773
mechanics of trading, 761
speculation in, 775
websites, 814
Futures prices
commodity futures, 762–764
financial futures, 761–762

G

Galai, D., 517, 647*n*, 658, 937*n*
Gallinger, G. W., 873
Gates, Bill, 385, 982
Gearing; *See* Financial leverage
General cash offers, 414–419
costs of, 417
market reaction to, 418–419
shelf registration, 414–415
General Electric, 3, 59–60, 120–121, 319, 404, 944
General Mills, 75
General Motors, 3, 4, 23, 224–226, 360, 932
General Motors Acceptance Corporation (GMAC), 866*n*
Georgia Pacific Corporation, 972*n*
Getty Oil, 24*n*
Getty Petroleum, 509
Gibbons, M. R., 212
Gibbs, L., 501*n*
Gillette, 313
Gilson, R., 405*n*
Ginnie Mae, 897*n*
Ginsberg, A. R., 685*n*, 966*n*
Glaxo Smith Kline, 313
Goetzmann, W. N., 158*n*
Gold, investment decisions for, 289–292
Golden parachutes, 949
Goldman Sachs, 3*n*
Goldreich, D., 413*n*, 426
Gompers, P. A., 405*n*, 425
Goodwill, 945
Gordon, M. J., 65*n*, 82
Governance and control, 981–986
defined, 963
in the U.S., 981–982
Government National Mortgage Association (GNMA; Ginnie Mae), 897*n*
Government regulation, market imperfections due to, 480–481
Grabbe, J. O., 806
Graham, B., 447, 447*n*
Graham, John R., 221*n*, 496, 497, 497*n*, 517
Grant, E. L., 140
Gray market, 412*n*
Great Depression, 46, 164
Green, R. C., 496*n*
Greenmail, 435
Greenmail defense, 947
Green Mountain Coffee, 753
Greenspan, Alan, 360
Grenadier, S. R., 745
Grinblatt, M. S., 366*n*
Growth rates
internal, 837
sustainable, 837–838
Growth stocks, 70, 202
Gruber, M. J., 206–208, 211, 212, 355*n*, 371, 996*n*
Gulf, 948
Gultekin, N. B., 206*n*

H

H. J. Heinz Company, 360, 383–384, 389, 390
Habib, M., 724
Hall, B. H., 955*n*
Hall, B. J., 319*n*, 320*n*
Hamada, R. S., 483
Hansen, R., 410*n*
Hard rationing, 109
Harper, J. T., 973*n*
Harris, M., 517
Harris, R. S., 83, 943*n*
Hart, O., 385*n*, 396, 723*n*
Hart-Scott-Rodino Antitrust Act of 1976, 943
Harvey, C., 221*n*
Harvey, C. R., 804*n*
Hausman, W. H., 916*n*
Hawawini, G., 371
Hax, A. C., 279, 839
Healey, P. B., 873
Healy, P. M., 367, 367*n*, 439, 439*n*, 832*n*, 839, 955*n*
Hedge ratio, 593, 770
Hedging
defined, 755, 755*n*
with futures contracts, 758–764
setting up hedge, 769–773
Helyar, J., 958, 965*n*, 989
Herman Miller Corporation, 324
Hershey, 362
Hertz, D. B., 263, 263*n*
Herzel, L., 950*n*, 958
Hewlett-Packard, 365–366, 632
HFS, Inc., 318*n*
Hicks, J. R., 680*n*
Higgins, R. C., 937*n*
Hill, C., 716*n*
Hill, N. C., 873
Hirschleifer, D., 1004*n*
Hirshleifer, J., 26
Hirtle, B., 436*n*
Historic data
on capital markets, 153–160, 194
websites, 252
Hite, G., 971*n*
Ho, T. S. Y., 694
Hodges, Stewart D., 295*n*, 745
Holderness, Clifford, 982*n*
Hollifield, B., 496*n*
Hollywood Entertainment, 944
Homonoff, R., 903
Honeywell, 944
Horizontal mergers, 930, 931
Horizon value
estimating, 77
market-book ratios and, 78
price-earnings ratio and, 77–78
Horrigan, J. O., 839
Hoshi, T., 986, 986*n*
Host Marriott Corp., 712
Hotchkiss, E. S., 721*n*
Household Finance, 866*n*
Houston, J. F., 931*n*
Howe, C. D., 266*n*, 267*n*, 313*n*
Huang, J., 689*n*
Huang, M., 359*n*, 689*n*
Hull, J., 583
Human assets, in mergers, 930–931
Hurdle rate; *see* Opportunity cost of capital
Hutchison, S., 887*n*

I

Ibbotson, R. G., 411, 411*n*, 426
Ibbotson Associates, Inc., 45*n*, 153–156, 161*n*, 162*n*, 164*n*, 179
IBES, 66*n*
IBM, 435, 574, 952, 1000
Icahn, Carl, 948*n*
Ikenberry, D., 440*n*
Imputation tax system, 454
Incentives
dividend policy and, 448
for financial managers, 316–320, 448
golden parachutes, 949
leveraged buyouts (LBOs) and, 967
as options, 575–576
Incidental effects, 120–121