# DAUBERT EXHIBIT

# P-18

# "Valuation of Comparable Companies using Room Metrics" prepared by Dana Messina, Bates No. MESSINASUP000001

**Tharaldson Motels Inc.**
**Valuation of Comparable Companies using Room Metrics**
Amounts in $000s

| Comparable Company | **ESA** [a] | **LODG** [b] | **SLAM** [c] | **SNB** [d] | **JQH** [e] | **MCS** [f] | **Median** | **TMI APEX** | |
|---|---|---|---|---|---|---|---|---|---|
| | Extended Stay America, Inc. | ShoLodge, Inc. | Suburban Lodges of America, Inc. | Sunburst Hospitality Corporation | John Q. Hammons Hotels, Inc. | The Marcus Corporation | | Tharaldson Motels, Inc. | |
| **EBITDA:** | | | | | | | | | |
| EBITDA (1998) | $ 121,545 | $ 8,846 | $ 17,551 | $ 58,254 | $ 95,029 | $ 90,094 | | | |
| EBITDA (TTM Q3 1999) | 183,053 | 4,515 | 24,604 | 65,275 | 100,396 | 86,315 | | | |
| EBITDA (1999 ) | | | | | | | | $ 87,926 | |
| **Enterprise value** | $ 1,589,092 | $ 141,988 | $ 163,939 | $ 371,844 | $ 808,056 | $ 627,838 | | $ 795,000 | |
| **EV/EBITDA** | **8.7x** | **31.4x** | **6.7x** | **5.7x** | **8.0x** | **7.3x** | **7.7x** | **9.0x** | |
| **Hotel Statistics (Q3 1999):** | | | | | | | | | |
| Number of rooms | 37,509 | 7,200 | 8,437 | 11,340 | 11,282 | 12,607 | | 12,980 | |
| Average Occupancy | 79% | 57% | 87% | 67% | 62% | n/a | | 76% | [g] |
| RevPar | 31.29 | 38.00 | 21.73 | 41.87 | 56.79 | n/a | | 41.71 | [g] |
| **EV/ROOM (in 000s)** | **$ 42.4** | **$ 19.7** | **$ 19.4** | **$ 32.8** | **$ 71.6** | **$ 49.8** | **$ 37.6** | **$ 61.2** | |

**The value of TMI based on $37,600 per room x 12,980 rooms would result in an implied enterprise value of $488 million instead of Apex's $795 million.**

**Notes:**

[a] ESA had grown its base from 75 hotels in 1996 to 365 by the third quarter of 1999. The rapid expansion was due to their concentration in extended stay facilities, an undersupplied segment of the hotel industry. They planned to spend $350 million in capital expenditures primarily directed towards growing its lucrative extended stay portfolio (compared to TMI which had forecasted just $8 million in capital spending). This rapid growth was the reason for ESA's premium valuation and the reason ESA should have a higher multiple than TMI.

[b] Due to a sale in late 1999 of 16 hotels and the recent construction of 23 hotels, EBITDA was temporarily depressed as pre-opening costs and immature new hotel facilities generate lower than normal cash flows. The stock price reflected Wall Street's anticipation that LODG would eventually recover much of its lost EBITDA, which had been almost $24 million as recently as 1997 (which would imply an EBITDA multiple of just 6x based on 1997 EBITDA).

[c] SLAM's strategy was also to develop, own, and manage extended stay properties. In addition to its company owned hotel operations, SLAM also had a portion of its value from franchise operations. This meant that SLAM was likely worth more than TMI per room and on an EV/EBITDA basis. Although we included SLAM's value without adjustment we believe it too overstates the worth per room.

[d] SNB was also developing its extended stay portfolio (through its MainStay brand). Historically the company had purchased 7,809 rooms for $187.7 million or $24,000 per room. Even after renovation the price per room was around $36,400 which approximates the value we calculated based on the enterprise values of the public companies (data from page 3 of SNB 1998 10-k).

[e] JQH had over $800 million of debt and only $23 million of market cap (3% of the capital structure). Effectively this company was over leveraged and the market capitalization (equity value) of the business was only a tiny fraction of its total value. Valuing the business at the face value of the debt would overstate the value per room. To be conservative we included the value per room in our calculation even though we believe it overstates the true worth.

[f] Marcus Corp's operations also included theaters and restaurants. Even without excluding these other operations the price per hotel room of $49,900 was significantly below Apex's value of TMI. In 1998, the theater segment was 45% of the firm's EBITDA. Excluding 45% of the enterprise value would leave a price per room of just $27,400 per room.

[g] TMI data for occupancy and RevPar is from an HVS TMI Appraisal report of various US locations using 1997 data.

TTM = Trailing twelve months

RevPar = Revenue per available room