# DAUBERT EXHIBIT

# P-19

# "Valuing a Business: The Analysis and Appraisal of Closely Held Companies," 4th Edition by Shannon P. Pratt, Robert F. Reilly, and Robert P. Schweihs

RWIN LIBRARY

Investment & Finance

# VALUING a Business



FOURTH EDITION

▶ The Analysis and Appraisal of Closely Held Companies

Shannon P. Pratt • Robert F. Reilly • Robert P. Schwe

# Valuing a Business

## The Analysis and Appraisal of Closely Held Companies

Fourth Edition

Shannon P. Pratt, DBA, CFA, FASA, MCBA
Managing Director
*Willamette Management Associates*

Robert F. Reilly, CPA, CFA, ASA, CBA
Managing Director
*Willamette Management Associates*

Robert P. Schweihs, ASA
Managing Director
*Willamette Management Associates*

**McGraw-Hill**
New York • San Francisco • Washington, D.C. • Auckland
Bogotá • Caracas • Lisbon • London • Madrid • Mexico City
Milan • Montreal • New Delhi • San Juan • Singapore
Sydney • Tokyo • Toronto

Library of Congress Cataloging-in-Publication Data

Pratt, Shannon P.
Valuing a business: the analysis and appraisal of closely held companies / by Shannon P. Pratt, Robert F. Reilly, Robert P. Schweis. —4th ed.
p. cm.
Includes bibliographical references (p. ).
ISBN 0-07-135615-0
1. Corporations—Valuation. 2. Corporations—Valuation—Law and legislation—United States I. Reilly, Robert F. II. Schweis, Robert P. III. Title.
HG4028.V3P7 2000
657'.73—dc21 00-029948
CIP

McGraw-Hill
A Division of The McGraw-Hill Companies

Copyright © 2000 by Shannon P. Pratt, Robert F. Reilly, and Robert P. Schweihs. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

7 8 9 0 CCW/CCW 0 5

The sponsoring editor for this book was Kelli Christiansen and the production supervisor was Elizabeth Strange. It was set in 11/13 Times Roman by Hendrickson Creative Communications.

Printed and bound by R.R. Donnelley & Sons Company.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that neither the author nor the publisher is engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

—From a Declaration of Principles jointly adopted
by a Committee of the American Bar
Association and a Committee of Publishers

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, Professional Publishing, McGraw-Hill, Two Penn Plaza, New York, NY 10121-2298. Or contact your local bookstore.

Information contained in this work has been obtained by The McGraw-Hill Companies, Inc. ("McGraw-Hill") from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantee the accuracy or completeness of any information published herein and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

This book is printed on recycled, acid-free paper containing a minimum of 50% recycled de-inked fiber.

## Differences between Private and Public Company Acquisition Price/Earnings Multiples

Every year, *Mergerstat Review* publishes a table presenting the average price/earnings multiples for the acquisitions of private companies for which they have data—compared with the average price/earnings multiples for the acquisitions of companies that had been publicly traded. Almost every year, the average price/earnings multiple for the acquisitions of private companies is significantly lower than the average price/earnings multiple for the acquisitions of public companies.

The public versus private acquisition price/earnings multiple table from the *2000 Mergerstat Review* is presented in Exhibit 17–9.

Observers have hypothesized a number of reasons for this consistent and significant acquisition pricing differential. The most common reasons for this phenomenon are as follows:

1. Exposure to the market.
2. The quality of financial accounting and other information.
3. The size effect.

**Exposure to the Market.** The names and stock prices of publicly traded companies are published in hundreds of newspapers throughout the world every day. Publicly traded companies also issue many press releases every year with quarterly earnings and other information; these press releases are also published in hundreds of newspapers. Financial information on thousands of publicly traded companies is accessible on-line.

Publicly traded companies are required to file Forms 10-K, 10-Q, and 8-K, as well as other detailed financial information, with the SEC. Any company, or financial intermediary, interested in an acquisition in any industry has this list of publicly traded companies and the detailed financial information on them at its fingertips.

Exhibit 17–9

**Median P/E Offered**
**Public versus Private**
**1989-1999**

| Year | Acquisitions of Public Companies | | Acquisitions of Private Companies | |
|---|---|---|---|---|
| 1990 | 17.1 | (117) | 13.2 | (36) |
| 1991 | 15.9 | (93) | 8.5 | (23) |
| 1992 | 18.1 | (89) | 17.6 | (15) |
| 1993 | 19.7 | (113) | 22.0 | (14) |
| 1994 | 19.8 | (184) | 22.0 | (18) |
| 1995 | 19.4 | (239) | 15.5 | (16) |
| 1996 | 21.7 | (288) | 17.7 | (31) |
| 1997 | 25.0 | (389) | 17.0 | (83) |
| 1998 | 24.0 | (362) | 16.0 | (207) |
| 1999 | 21.7 | (434) | 18.4 | (174) |

Note: ( ) denotes number of transactions reporting P/E.

SOURCE: *Mergerstat Review 2000* (Los Angeles: Applied Financial Information, LP, 2000), p. 20.

By contrast, there is no such comprehensive and reliable listing of closely held businesses. And privately owned businesses normally do not disclose financial data. Many privately owned businesses do not even disclose gross revenues. Therefore, acquisition seekers do not have privately owned businesses constantly exposed to them.

Business buyers have difficulty making a comprehensive list of available closely held businesses even if they attempt to do so. Generally, business buyers cannot get financial information regarding closely held businesses—short of a direct approach to the subject business, which they are often reluctant to take and which is often rebuffed. Often, private company sales are initiated by the seller, which may put downward pressure on the price paid for the private company.

**Quality of Financial Accounting and Other Information.** The SEC requirements for accounting information and other disclosures are far more stringent and extensive than what is required for an unqualified audit opinion under normal GAAP rules. Many analysts believe that this difference in the quantity and reliability of financial data has an impact on the differential in average price/earnings multiples paid for the acquisition of public companies versus the acquisition of private companies.

**Size Effect.** Empirical studies have proven that larger companies tend to be less risky than smaller companies. This phenomenon would generally result in a lower present value discount rate and a higher price for larger companies. On average, the privately owned companies reported in *Mergerstat Review* are smaller in size than the publicly traded companies reported in *Mergerstat Review*.

This appears to be a contributing factor to the price/earnings multiple differential between privately owned and publicly traded company acquisitions reported in the *Mergerstat Review*. However, it is highly questionable whether this difference in average acquisition size is significant enough to account for the large magnitude of difference between privately owned and publicly traded company acquisition price/earnings multiples.

It is not possible, with the data currently available, to completely explain the relative impact of the various influences that cause privately owned business acquisitions to trade at much lower price/earnings multiples than publicly traded company acquisitions. In any case, the data are clear that privately owned businesses realize lower acquisition price/earnings multiples, on average, when compared with publicly traded companies. Additional research on this point is clearly warranted. Nonetheless, the three factors listed above (i.e., exposure to market, quality of financial accounting, and size effect) generally explain this phenomenon.

If the analysis of the value of a controlling ownership interest in a privately owned business is based on market prices for the acquisitions of publicly traded companies, these data suggest that some amount of valuation adjustment is applicable. For convenience, we may refer to this valuation phenomenon as a part of the illiquidity discount of a controlling business ownership interest.

Empirical data clearly suggest that a valuation discount is appropriate for controlling ownership interests (and, for that matter, for 100 percent ownership interests) in closely held businesses. This illiquidity discount applies—although to varying degrees—regardless of whether the subject business is valued by reference to discounted or capitalized economic income analyses, to guideline publicly traded companies, to consummated guideline acquisitions, or to an asset-based valuation method.